| | | | |
|---|---|---|---|
| Com. v. Vargas | 386 EDA 2016<br>Affirmed | 10/12/2016 | CP–15–CR–0003090–2010<br>(Chester) |
| Com. v. Aguirre | 527 EDA 2016<br>Affirmed | 10/12/2016 | CP–51–CR–0509651–2003<br>(Philadelphia) |
| Com. v. Torres | 534 EDA 2016<br>Affirmed | 10/12/2016 | CP–15–CR0000457–2012<br>(Chester) |
| Com. v. Ward | 664 EDA 2016<br>Affirmed | 10/12/2016 | CP–51–CR–0000002–2008<br>(Philadelphia) |
| Com. v. Hayward | 726 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/12/2016 | CP–51–CR–0008972–2008<br>(Philadelphia) |
| S.S. v. C.S. [11] | 754 EDA 2016<br>Quashed | 10/12/2016 | 2012–006263<br>(Delaware) |
| Com. v. Dreher | 756 EDA 2016<br>Vacated and<br>Remanded | 10/12/2016 | CP–46–CR–0008821–2009<br>(Montgomery) |
| Com. v. Finch | 898 EDA 2016<br>Affirmed | 10/12/2016 | CP–23–CR–0002763–2015<br>(Delaware) |
| In the Interest of: X.A.M. | 1250 EDA 2016<br>Affirmed | 10/12/2016 | CP–51–AP–0000028–2016<br>CP–51–DP–0002781–2014<br>(Philadelphia) |
| Com. v. Persavage | 2031 MDA 2015<br>Affirmed | 10/12/2016 | CP–67–CR–0005511–2013<br>(York) |
| Com. v. Valentin | 2118 MDA 2015<br>Affirmed | 10/12/2016 | CP–49–CR–0000969–2014<br>(Northumberland) |
| Com. v. Goodwin | 199 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/12/2016 | CP–35–CR–0001272–2015<br>(Lackawanna) |
| Com. v. Flores | 517 MDA 2016<br>Affirmed | 10/12/2016 | CP–22–CR–0003923–2014<br>(Dauphin) |
| In the Interest of: J.E.L.–B. | 813 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/12/2016 | 2706 of 2015<br>2707 of 2015<br>(Lancaster) |

11. Petition for reargument denied November 10, 2016.